IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-cr-68 |
| Plaintiff | : | |
| | : | JUDGE: Walter H. Rice |
| v. | : | |
| | : | |
| MORRIS L. BROWN | : | |
| ISMAIL ABUHANIEH | : | |
| MAHMOUD RIFAI | : | FILED UNDER SEAL |
| MAHMOUD ELMIARI | : | |
| YOHANNES TINSAE, | : | |
| | : | |
| Defendants | : | |

### ORDER TO SEAL INDICTMENT AND ARREST WARRANTS

The Government having moved to seal the motion, Indictment and Arrest Warrant and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

_____
WALTER H. RICE, U.S. DISTRICT COURT JUDGE

4.9.19
Date