# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : Case No. 19-cr-68 |
| | : Hon. Walter H. Rice |
| v. | : |
| MORRIS BROWN, ET AL., | : |
| DEFENDANTS. | : |

## ORDER TO UNSEAL

The Government having moved to unseal the Indictment and Arrest Warrants and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that said documents be unsealed as of Wednesday, April 17, 2019 at 9:00 a.m.

Walter H. Rice
United States District Judge

Date: April 17, 2019