IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. **3:19CR068** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **MORRIS L. BROWN, ET AL.** | : | **ORDER UNSEALING CASE** |
| Defendants. | : | |

Upon Motion of the United States, the above captioned case is hereby ordered unsealed.

_4.25.19_
DATE

_/s/ Walter H. Rice_
**JUDGE WALTER H. RICE**
**UNITED STATES DISTRICT COURT**